OB.22
ev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER (Tran. Court)<br>3:96CR00065-009 LAC | |
| | | DOCKET NUMBER (Rec. Court)<br>CR06-84ML | |
| AME AND ADDRESS OF PROBATIONER/SUPERVISED ELEASEE<br><br>esus Francisco Wilson<br>;7 Newark Avenue<br>Providence, RI 02907 | DISTRICT<br>Northern District of Florida | DIVISION<br>Pensacola | |
| | NAME OF SENTENCING JUDGE<br>Lacey A. Collier | | |
| | DATES OF PROBATION / SUPERVISED RELEASEE | FROM:<br>May 25, 2004 | TO:<br>May 24, 2009 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base, and Possession with Intent to Distribute Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **NORTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

19 June 06 — *Date*

[signature] — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/10/06 — *Date*

Ernest C. Torres — *United States District Judge*

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 JUL 26 PM 12: 20

RECEIVED

TRUE COPY
DAVID A. DiMARZIO